IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI ANN WHITE<br><br>        Plaintiff,<br><br>  v.<br><br>WILLOW TERRACE, et al.<br><br>        Defendants. | CIVIL ACTION NO.  23-4427 |

## ORDER

**AND NOW,** this 18th day of June 2024, upon consideration of Defendants' Motion to Dismiss [Doc. No. 6] and the response and reply thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** as follows:

1. Plaintiff Lori Ann White's claims of discrimination, hostile work environment, and retaliation on the basis of her age, brought pursuant to the Age Discrimination in Employment Act and the Pennsylvania Human Relations Act, are **DISMISSED without prejudice** to White filing an Amended Complaint no later than **July 18, 2024**.

2. To the extent that Plaintiff asserts claims of discrimination on the basis of sex, race, or religion, such claims are **DISMISSED with prejudice**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.